IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNION PACIFIC RAILROAD        )
COMPANY,                      )
                              )
         Plaintiff,           )       8:06CV265
                              )
    v.                        )
                              )
BROTHERHOOD OF MAINTENANCE    )       ORDER
OF WAY EMPLOYEES DIVISION/IBT )
                              )
         Defendant.           )
_____)
```

This matter is before the Court on dismissal without prejudice (Filing No. 3) filed by plaintiff.  Pursuant thereto,

IT IS ORDERED that this action is dismissed without prejudice, each party to bear its own costs and fees.

DATED this 24th day of April, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court